IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| OLIVIA COPE, on behalf of herself and all others similarly situated, known and unknown,<br><br>    Plaintiff,<br><br>v.<br><br>LET'S EAT OUT, INCORPORATED, d/b/a BUFFALO WILD WINGS, and JEREMY BOYER,<br><br>    Defendants. | Case No. 6:16-cv-03050-SRB |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Let's Eat Out, Incorporated d/b/a Buffalo Wild Wings and Jeremy Boyer (collectively, "Defendants"), respectfully move pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings as to the First Amended Complaint filed by Plaintiff Olivia Cope. (Dkt. # 24). Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted, and therefore Defendants are entitled to judgment as a matter of law on Plaintiff's First Amended Complaint in its entirety.

For these reasons and the reasons stated in the accompanying Memorandum, which is incorporated herein by reference, Defendants respectfully request that Plaintiff's First Amended Complaint be dismissed with prejudice.

Respectfully Submitted,

JACKSON LEWIS P.C.

*/s/Kyle B. Russell*
Kyle B. Russell
7101 College Boulevard, Suite 1150
Overland Park, KS 66201
Phone: (913) 981-1018
Fax: (913) 981-1019
*Kyle.Russell@jacksonlewis.com*

Daniel Messeloff
Park Center Plaza
6100 Oak Tree Blvd., Suite 400
Cleveland, OH 44131
Phone: (216) 750-0404
Fax: (216) 750-0826
*Daniel.Messeloff@jacksonlewis.com*

Paul DeCamp
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
Phone: (703) 483-8300
Fax: (703) 483-8301
*DeCampP@jacksonlewis.com*

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2016, a copy of the foregoing was filed electronically via the court's CM/ECF filing system which will send a notice of electronic filing to the following counsel of record:

Rowdy B. Meeks
Rowdy Meeks Legal Group LLC
10601 Mission Rd, Suite 100
Leawood, KS 66206
Telephone: (913) 766-5585
Facsimile: (816) 875-5069
Email: *Rowdy.Meeks@rmlegalgroup.com*

And

Douglas M. Werman
Zachary C. Flowerree
Werman Salas P.C.
77 West Washington, Suite 1402
Chicago, IL 60602
Telephone: (312) 419-1008
Facsimile: (312) 419-1025
Email: *dwerman@flsalaw.com*
*zflowerree@flsalaw.com*

*Attorneys for Plaintiff*

                    */s/ Kyle B. Russell*
                    Attorneys for Defendants